Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| HAVEL NATHANIEL WRIGHT, JR. | Case No. 2:20-09127-DPC |
| Debtor(s) | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON CLAIM #: NA |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:     NA
    Name:   Ethic
    Address: 125 High Street 17th Floor

               Boston, MA 02110-
    Acct No:  7718

Upon the following grounds:

    Claim was untimely filed

The Trustee recommends said claim be treated as follows:

    Claim be disallowed

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before June 3, 2022, (30 days from mailing) the creditor EITHER:

    1.    Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Trustee AND receives from him a withdrawal of objection;

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

Dated: See Electronic Signature

                    EDWARD J. MANEY
                    CHAPTER 13 TRUSTEE

By:_____
    Edward J. Maney ABN 12256
    Chapter 13 Trustee
    101 North First Avenue, Suite 1775
    Phoenix, AZ 85003
    (602) 277-3776
    ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:20-09127-DPC

Copies of the foregoing mailed on (see electronic signature) to the following:

Attorney for Debtor(s):
Nicholas I. Fuerst, Esq.
P.O. Box 31931
Mesa, AZ 85275-

Debtor(s):
HAVEL NATHANIEL WRIGHT, JR.
10805 W ELM LANE
AVONDALE, AZ. 85323

,

Creditor:
Ethic
125 High Street 17th Floor
Boston, MA 02110-

By:_____
    Trustee's Clerk